**Joseph Prothasis KAPPIARUMALAYIL, Petitioner,**

v.

**Michael B. MUKASEY,* Attorney General, Respondent.**

**No. 04–74211.**

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney

Submitted Dec. 3, 2007 **.

Filed Dec. 28, 2007.

Errol I. Horwitz, Cooper & Lewis, Edward M. Bialack, Law Offices of Errol I. Horwitz, Woodland Hills, CA, Moshe A. Young, Law Offices of Moshe A. Young, Studio City, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Alison Marie Igoe, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, WALLACE and FISHER, Circuit Judges.

## MEMORANDUM ***

Joseph Prothasis Kappiarumalayil, a native and citizen of India, petitions for review of the agency's order finding that he abandoned his lawful permanent resident status.

We lack jurisdiction to review the petition because the March 25, 2004 decision was not a final order of removal. *See* 8 U.S.C. § 1252.

**PETITION FOR REVIEW DISMISSED.**

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

